# United States District Court
# Western District of Kentucky
# at Louisville

### NOTICE OF DEFICIENCY

| | |
|---|---|
| **TO:** | Mark Osbourn |
| **CASE #:** | 3:18-cv-653-RGJ |
| **STYLE OF CASE:** | Gonzalez v. City of Shelbyville et al |
| **DOCUMENT TITLE:** | Joint Motion to Amend/Correct Scheduling Order |
| **DATE:** | 1/16/2020 |
| **BY:** | Kelly Atkins<br>*DEPUTY CLERK* |

*Please be advised that the recent filing of the above cited document with the Clerk's Office is deficient as indicated below:*

**NO ORDER. Proposed order not submitted with Motion.**
*(LR 7.1(e))*

**YOU ARE GRANTED <u>7 DAYS</u> FROM THIS DATE TO REMEDY THE DEFICIENCY OR DEFICIENCIES IDENTIFIED ABOVE.   FAILURE TO COMPLY WITHIN 7 DAYS, WITHOUT GOOD CAUSE SHOWN, WILL RESULT IN THIS MATTER BEING BROUGHT TO THE ATTENTION OF THE COURT**