

**KENTUCKY COURT OF JUSTICE**

17-M-00028

## COMMONWEALTH VS. GONZALEZ, JOSEPH MANUEL (PAID)

**SHELBY DISTRICT COURT**

ed on **01/19/2017** as **MISDEMEANOR** w th **HON. J.R. ROBARDS**
D spos t on on **03/06/2017** by **HON. J.R. ROBARDS**

**\*\*\*\* NOT AN OFFICIAL COURT RECORD \*\*\*\***

| Case Memo | 17-M-00028 |
|---|---|

VIOLTIME=12:39

| Parties | 17-M-00028 |
|---|---|

**GONZALEZ, JOSEPH MANUEL** as **DEFENDANT / RESPONDENT**
DOB: ▓▓▓▓▓▓▓▓   DLN: **G14553910 OPERATOR'S LICENSE - KENTUCKY**   Race: **W**   Sex: **M**   H span c: **N**

### Bail Bonds
**CASH** for **$264.00** set on **04/04/2019**
**CASH** for **$393.00** set on **03/22/2018**

### Address
80 FRANKFORT APT     RD
SHELBYVILLE KY 40065

**WARE, ANDREW** as **COMPLAINING WITNESS**
**RIGGS, NATHAN** as **ATTORNEY-PRIVATE**

| Charges | 17-M-00028 |
|---|---|

**POSS OF MARIJUANA - 218A.1422**
CHARGE    ORIGINAL 0423300
Charged on **01/17/2017** by c tat on **7CI094551-1**

**GUILTY** D spos t on on **12/27/2018** by **NO TRIAL**
NNO
Sentenced on **12/27/2018** f ne amount of **$100.00** cost amount of **$164.00**

| Documents | 17-M-00028 |
|---|---|

**VEHICLE INFORMATION** f ed on **01/19/2017**
VEHICLE LIC NO => 191MJW VEHICLE LIC STATE => IN VEHICLE LIC YEAR => 2017 VEHICLE YEAR => 2004 MAKE/MODEL => CHEVROLET/IMPALA COLOR => SILVER\ALUMINUM

**NOTICE OF HEARING** f ed on **01/19/2017**

**MAIL RETURNED UNDELIVERED** f ed on **01/23/2017**

**CRIMINAL DOCKET** f ed on **02/21/2017**

**CRIMINAL DOCKET** f ed on **03/06/2017**

**ORDER TO APPEAR** entered on **03/08/2018**

**CRIMINAL DOCKET** f ed on **03/08/2018**

**CRIMINAL DOCKET** f ed on **03/22/2018**

**CRIMINAL DOCKET** f ed on **12/27/2018**

**RELEASE FROM CUSTODY** f ed on **12/27/2018**
HD TO ORVILLE TO TAKE BACK TO THE JAIL

**CRIMINAL DOCKET** f ed on **04/04/2019**

| Events | 17-M-00028 |
|---|---|
| **SHOW CAUSE DEFERRED/INSTALLMENT PAYMENT** schedu ed for **04/04/2019 08:35 AM**  n room **B** w th **HON. LINDA DIXON-BULLOCK** | |

> **Super Memo**
>
> 04/04/2019
>
> ADD DOCUMENT CRIMINAL DOCKET
> BENCH WRNT (NOPRT) ACTIVE FAILURE TO PAY FINES & COSTOF $264, CASH BOND IN DEF'S NAME ONLY, RELEASE IF PAID, JAIL CREDITELIGIBLE CASHBond $264 00 BailCredit Ineligible Secured 100% 1

**OTHER HEARING** schedu ed for **12/27/2018 01:40 PM**  n room **B** w th **HON. J.R. ROBARDS**
DEF WAS ARRESTED ON BW 12/26/18 FOR FAILURE TO APPEAR 3/22/18 FOR SHOW CAUSE HEARING

**SHOW CAUSE HEARING** schedu ed for **03/22/2018 08:30 AM**  n room **B** w th **HON. J.R. ROBARDS**

> **Super Memo**
>
> 03/22/2018
>
> ADD DOCUMENT CRIMINAL DOCKET 03/22/2018
> BENCH WRNT (NOPRT) ACTIVE FAILURE TO APPEAR FOR SHOW CAUSE HEARING ON 03/22/ 18, DEFENDANTS NAME ONLY, RECALL IF PAID, NOTjail credit eligible  CASH Bond $393 00 Bail Credit Ineligible Secured 100% 1

**REVIEW** schedu ed for **03/08/2018 08:30 AM**  n room **B** w th **HON. J.R. ROBARDS**
DEFERRED PROSECUTION REVIEW

**PRETRIAL CONFERENCE** schedu ed for **03/06/2017 01:00 PM**  n room **B** w th **HON. J.R. ROBARDS**

**ARRAIGNMENT** schedu ed for **02/21/2017 01:00 PM**  n room **B** w th **HON. J.R. ROBARDS**

| Super Memo | 17-M-00028 |
|---|---|
| *I observed the above listed vehicle off the roadway in a ditch at the listed location  While talking to the above subject this Deputy could smell a strong odor of marijuana coming from the vehicle and the above listed subject  The above listed subject admitted to smoking marijuana earlier that day  This Deputy located a sandwich bag with three individual wrapped buds of marijuana  The suspected marijuanawas located in the above subjects book bag in the passenger floor board where I observed the above subject sitting in the vehicle* | |

| Images | 17-M-00028 |
|---|---|
| **CITATION** f ed on **01/17/2017**   *Page(s): 1* | |

**** End of Case Number : 17-M-00028 ****