

**KENTUCKY COURT OF JUSTICE**

17-M-00653

# COMMONWEALTH VS. GONZALEZ, JOEY (PAID)

**SHELBY DISTRICT COURT**

ed on **10/30/2017** as **MISDEMEANOR** w th **HON. J.R. ROBARDS**
D spos t on on **11/28/2017** by **HON. J.R. ROBARDS**
**** NOT AN OFFICIAL COURT RECORD ****

| Case Memo | 17-M-00653 |
|---|---|

VIOLTIME=14:44

| Parties | 17-M-00653 |
|---|---|

**GONZALEZ, JOEY** as **DEFENDANT / RESPONDENT**
DOB:            DLN: **G14553910 OPERATOR'S LICENSE - KENTUCKY** Race: **B** Sex: **M** H span c: **H** Eye Co or: **BN** Ha r Co or: **BN** He ght: **602** We ght: **215**

**Bail Bonds**
**CASH** for **$263.00** set on **03/08/2018**

**Address**
59 GRAYHAW K DR
SHELBYVILLE KY 40065

**FISCANTE, NICK** as **COMPLAINING WITNESS**

| Charges | 17-M-00653 |
|---|---|

**CRIMINAL TRESPASS-2ND DEGREE - 511.070**
  CHARGE    ORIGINAL 0026240
Charged on **10/27/2017** by c tat on **7CS067882-1**

**GUILTY** D spos t on on **11/28/2017** by **NO TRIAL**
Sentenced on **11/28/2017** f ne amount of **$100.00** cost amount of **$163.00**

| Documents | 17-M-00653 |
|---|---|

**CRIMINAL DOCKET** f ed on **11/28/2017**

**CRIMINAL DOCKET** f ed on **03/08/2018**

| Events | 17-M-00653 |
|---|---|

**SHOW CAUSE DEFERRED/INSTALLMENT PAYMENT** schedu ed for **03/08/2018 08:35 AM** n room **B** w th **HON. J.R. ROBARDS**

**Super Memo**

03/08/2018

ADD DOCUMENT CRIMINAL DOCKET
BENCH WRNT (NOPRT) ACTIVE FAILURE TO PAY FINES AND COST OF $263, BOND IN DEF'S NAME ONLY, RELEASE / RECALL IF PAID, JAIL CREDIT ELIGIBLECASH Bond $263 00 Bail Credit Ineligible Secured 100% 1

**ARRAIGNMENT** schedu ed for **11/28/2017 01:00 PM** n room **B** w th **HON. J.R. ROBARDS**

**Super Memo**

11/28/2017

ADD DOCUMENT CRIMINAL DOCKET
TRANSFER CRT DISTRICT COURTROOM B WITH ROBARDS, HON  J R  03/08/2018 08:35 AM SHOW CAUSE DEFERRED/INSTALLMENTPAYMENT
CHG:1 CRIMINAL TRESPASS 2ND DEGREE; CIT#:7CS067882 1
PLEA GUILTY,FINDING   GUILTY NO TRIAL
SENTENCE DETAILS    SEN DATE = 11/28/2017 JUDGE = HON  J R ROBARDS
SenNum = 1

Sentence Money   Net Amount: $263 00 (ASSESSED $263 00);

| Super Memo | 17-M-00653 |
|---|---|

On 10/26/2017 at approximately 4:30 PM A/S he was on the Norfolk Southern railroad line  A/S was compliant and gave a statement after being read his Miranda Rights admitting to being on the tracks  Thetracks are located in the area of Grayhill Court and Kentucky Street  Special Agent Nathan Singer of Norfolk Southern was notified of this incident

| Images | 17-M-00653 |
|---|---|
| **CITATION** f ed on **10/27/2017**   *Page(s): 1* | |

**** End of Case Number : 17-M-00653 ****