

**20-T-00057**

# COMMONWEALTH VS. GONZALEZ, JOSEPH M

**ANDERSON DISTRICT COURT**

ed on **01/13/2020** as **TRAFFIC** w th **HON. LINDA DIXON-BULLOCK**
D spos t on on **12/03/2020** by **HON. LINDA DIXON-BULLOCK**
**** NOT AN OFFICIAL COURT RECORD ****

| Case Memo | 20-T-00057 |
|---|---|
| VIOLTIME=03:36 ARRSTDT=1/12/2020 03:36 | |

| Parties | 20-T-00057 |
|---|---|

**GONZALEZ, JOSEPH M** as **DEFENDANT / RESPONDENT**
DOB:            DLN: **G14553910 OPERATOR'S LICENSE - KENTUCKY** Race: **W** Sex: **M** H span c: **H** Eye Co or: **BN** Ha r Co or: **BN** He ght: **602** We ght: **185**

### Bail Bonds
**CASH** for **$628.00** set on **07/15/2021**
**PERSONAL RECOGNIZANCE** for **$0.00** set on **01/12/2020** and posted on **01/12/2020**
MAKE ALL SCHEDULED COURT APPEARANCES

### Address
59 GRAY HAWK DRIVE
SHELBYVILLE KY 40065

**BURFORD, Z** as **COMPLAINING WITNESS**

**COULSON, GREGORY** as **ATTORNEY-PRIVATE**

### Address
57 NORTH LIMESTONE
LEXINGTON KY 40507

**DEPARTMENT OF PUBLIC ADVOCACY** as **ATTORNEY-PUBLIC ADVOCATE**

| Charges | 20-T-00057 |
|---|---|

***OBS* OP MV UNDER/INFLU OF ALC/DRUGS, ETC. .08 1STOFF - 189A.010(5)(A)**
CHARGE   ORIGINAL 002  080
Charged on **01/12/2020** by c tat on **0DJ919092-1**
B ood A coho  Leve  of **0.115**
**GUILTY** D spos t on on **12/03/2020** by **NO TRIAL**
DUI OL Susp for 60 Days
Sentenced on **12/03/2020** f ne amount of **$210.00** cost amount of **$518.00**
DEFENDANT TO SERVE 48 HRS HIP REPORT TO KMS ON 12/11/20 FOR HIP

| Documents | 20-T-00057 |
|---|---|

**BOND DECISION** f ed on **01/13/2020**
ROR

**COURT NOTICE** f ed on **03/16/2020**

**COURT NOTICE** f ed on **04/20/2020**

**COURT NOTICE** f ed on **06/17/2020**

**ORDER TO APPEAR** entered on **11/25/2020**
COPY HD TO CO ATTY & MAILED TO DEFENDANT & DEFENSE COUNSEL

**GUILTY PLEA FORM - DUI** f ed on **12/03/2020**

**COURT NOTICE** f ed on **05/19/2021**

**CERTIFICATE OF COMPLIANCE** f ed on **09/13/2021**
DATE OF COMPLETION: 9/9/21

| Events | 20-T-00057 |
|---|---|
| **SHOW CAUSE DEFERRED/INSTALLMENT PAYMENT** schedu ed for **07/15/2021 09:00 AM**  n room **D** w th **HON. LINDA DIXON-BULLOCK**<br>    $628 00 DUE | |
| **SHOW CAUSE HEARING** schedu ed for **12/03/2020 09:00 AM**  n room **D** w th **HON. LINDA DIXON-BULLOCK** | |
| **DISPOSITION HEARING** schedu ed for **11/19/2020 09:00 AM**  n room **D** w th **HON. LINDA DIXON-BULLOCK** | |
| **DISPOSITION HEARING** schedu ed for **10/08/2020 09:00 AM**  n room **D** w th **HON. LINDA DIXON-BULLOCK** | |
| **DISPOSITION HEARING** schedu ed for **09/10/2020 09:00 AM**  n room **D** w th **HON. LINDA DIXON-BULLOCK** | |
| **DISPOSITION HEARING** schedu ed for **07/30/2020 09:05 AM**  n room **D** w th **HON. LINDA DIXON-BULLOCK** | |
| **DISPOSITION HEARING** schedu ed for **07/27/2020 09:00 AM**  n room **D** w th **HON. LINDA DIXON-BULLOCK** | |
| **ARRAIGNMENT** schedu ed for **02/10/2020 09:00 AM**  n room **D** w th **HON. LINDA DIXON-BULLOCK** | |

| Super Memo | 20-T-00057 |
|---|---|
| On 01/12/2020 I was dispatched to a single vehicle collision at tyrone bridge in Anderson County  On arrival I saw a car in the west bound lane lights off with front end damage and Mr  Gonalez standing out side the car in a red sweat shirt and blue jeans  While having contact with the driver Mr Gonalez I noticed he had blood shot eyes and could smell acholic beverage about his person  Mr Gonalez advised he was coming home from Tuuke bar in Lexington KY, where he had two drinks of bourbon and coke and a beer  Mr Gonalez stated he was driving east when a unknown truck ran him off the road causing him to collide with the bridge  Due to Mr Gonalez being in a collision, road side field sobriety test were not conducted Mr Gonalez was cleared by Anderson County EMS at the scene and was taken to Frankfrot Hospital and cleared before taken to Shelby County Jail  Mr Gonalez refused to contact an attorney Implied and consent read | |

| Images | 20-T-00057 |
|---|---|
| **CITATION** f ed on **01/12/2020**   *Page(s): 1* | |
| **RECEIPT** f ed on **05/27/2021**   *Page(s): 0* | |
| **RECEIPT** f ed on **07/21/2021**   *Page(s): 0* | |

**** End of Case Number : 20-T-00057 ****