

# COMMONWEALTH VS. GONZALEZ, JOSEPH MANUEL

**FAYETTE CIRCUIT COURT**

**20-CR-00335**    ed on **03/24/2020** as **CIRCUIT CRIMINAL** w th **HON. JULIE M. GOODMAN**

**** NOT AN OFFICIAL COURT RECORD ****

| Case Memo | 20-CR-00335 |
|---|---|

*04/02/20 OMBM O/R ;;;;;;;;; 2 4 21 DEFT SHALL BE ALLOWED TO ATTEND INTERVIEW; MAY BE ALLOWED TO WORK SHALL HE GAIN EMPLOYMENT; DEFT SHALL BE ALLOWED TO ATTEND GED CLASSES; DEFT SHALL REMAIN ON E/M ;*

| Parties | 20-CR-00335 |
|---|---|

**GONZALEZ, JOSEPH MANUEL** as **DEFENDANT / RESPONDENT**
DOB:           DLN: **G144553910 OPERATOR'S LICENSE - KENTUCKY**  Race: **W**  Sex: **M**  H span c: **H**  Eye Co or: **BN**  Ha r Co or: **BN**  He ght: **602**  We ght: **200**

### Bail Bonds

**CASH** for **$10,000.00** set on **10/07/2020** and posted on **10/13/2020**
**PARTIALLY SECURED** for **$100,000.00** set on **09/15/2020**
**CASH** for **$750,000.00** set on **03/24/2020**

*9/9/2021 REMOVE E/M;*

### Address

59 GRAY HAWK DRIVE
SHELBYVILLE KY 40065

**CRANMER, CHARLENE** as **SURETY**
DOB: **05/12/1960**    DLN: **C92363269 OPERATOR'S LICENSE - KENTUCKY**

### Address

7  0 BAYBERRY DR.
SHELBYVILLE KY 40065

**COMMONWEALTH OF KENTUCKY** as **COMPLAINING WITNESS**

### Address

COMPLAINING WITNESS
CIRCUIT CRIMINAL CASES
LEXINGTON KY 40507

**RAKER, DET RYAN** as **WITNESS**

**COULSON, GREGORY E. J.** as **ATTORNEY-PRIVATE**

### Address

COULSON LAW OFFICES, PLLC
57 NORTH LIMESTONE, SUITE 230
LEXINGTON KY 40507

**FAYETTE COMMONWEALTH ATTORNEY** as **COMMONWEALTH'S ATTORNEY**

### Address

6 UPPER ST. SUITE 300
LEXINGTON KY 40507

**NAISH, AMANDA** as **COMMONWEALTH'S ATTORNEY**

**SANDS, PEYTON** as **ATTORNEY-PUBLIC ADVOCATE**

### Address

DPA, CAPITAL TRIALS EAST
63 W. SHORT STREET, SUITE 500
LEXINGTON KY 40507

| Charges | 20-CR-00335 |
|---|---|
| **MURDER - 507.020**<br>CHARGE   ORIGINAL 009  500<br>Charged on **03/24/2020** by ctat on **0P2370313-1** | |
| **ROBBERY, 1ST DEGREE - 515.020**<br>CHARGE 2 ORIGINAL 0  20020<br>Charged on **03/24/2020** by ctat on **0P2370313-2** | |
| **WANTON ENDANGERMENT-1ST DEGREE - 508.060**<br>CHARGE 3 ORIGINAL 0  320  0<br>Charged on **03/24/2020** by ctat on **0P2370313-3** | |
| **WANTON ENDANGERMENT-1ST DEGREE - 508.060**<br>CHARGE 4 ORIGINAL 0  320  0<br>Charged on **03/24/2020** by ctat on **0P2370313-4** | |

| Documents | 20-CR-00335 |
|---|---|
| **INDICTMENT** fed on **03/24/2020** | |
| **DISTRICT COURT FILE** fed on **03/24/2020** | |
| **VEHICLE INFORMATION** fed on **03/25/2020** | |
| **ORDER OF COMMITMENT** entered on **04/02/2020** | |
| **VIDEO LOG** fed on **04/02/2020**<br>CD 22 9 20 CD 36 | |
| **NOTICE OF COMPLIANCE** fed on **04/03/2020** | |
| **ORDER OF ARRAIGNMENT - NOT GUILTY PLEA** entered on **04/08/2020**<br>E/S: CWA/HON  P  SANDS/PRETRIAL/JAIL | |
| **CORRESPONDENCE** fed on **04/15/2020**<br>LETTER TO JUDGE REGARDING BOND REDUCTION | |
| **ORDER OF CONTINUANCE** entered on **04/27/2020**<br>E/S CWA, FCDC, PEYTON SANDS | |
| **NOTICE OF HEARING** fed on **04/27/2020** | |
| **SUPPLEMENTAL FILING** fed on **05/07/2020**<br>DISCOVERY | |
| **ENTRY OF APPEARANCE** fed on **06/23/2020** | |
| **NOTICE OF COMPLIANCE** fed on **08/13/2020** | |
| **ORDER - OTHER** entered on **08/18/2020**<br>ORDER OF FORENSIC EXAM OF CELL PHONES, IPAD, & COMPUTER | |
| **EXHIBIT** fed on **08/18/2020** | |
| **NOTICE OF COMPLIANCE** fed on **08/18/2020**<br>RECIPROCAL DISCOVERY | |
| **RETURN OF SUBPOENA** fed on **08/19/2020**<br>OFC RYAN RAKER NOT SERVED  RAKER IS ON MILITARY LEAVE | |
| **ORDER OF CONTINUANCE** entered on **08/26/2020**<br>BH 9/9/2020 @9:00 AM E/S: CWA/JAIL FCM: HON  GREG COULSON | |
| **VIDEO LOG** fed on **09/09/2020**<br>22 4 20 DVD 137 | |
| **ORDER OF APPEARANCE OF PRISONER** entered on **09/10/2020**<br>E/S: CWA/SHERIFF/JAIL/P&P FCM: HON  GREG COULSON | |
| **ORDER OF COMMITMENT** entered on **09/15/2020** | |
| **EXHIBIT LIST** fed on **09/15/2020**<br>CWA 5DEFT 14 | |
| **VIDEO LOG** fed on **09/15/2020**<br>22 4 20 CD 150 | |

| |
|---|
| **ORDER OF CONTINUANCE** entered on **09/18/2020** <br> *ES: CWA JAIL, PT FCM: G  COULSON $20,000PROPERTY BOND MAY BE POSTED W/ CONDT* |
| **ORDER SCHEDULING** entered on **09/18/2020** <br> *E/S CWA, G  COULSON* |
| **RESPONSE** f ed on **09/29/2020** <br> *TO DEFT'S MOTION TO DISMISS PURSUANT TO KRS 503 085* |
| **RETURN OF SUBPOENA** f ed on **09/30/2020** <br> *8 5 20 OFC RYAN RAKER, NOT SERVED* |
| **RETURN OF SUBPOENA** f ed on **09/30/2020** <br> *8 5 20 OFC RYAN RAKER, NOT SERVED* |
| **ORDER OF COMMITMENT** entered on **10/07/2020** |
| **VIDEO LOG** f ed on **10/07/2020** <br> *22 4 20 DVD 163* |
| **ORDER DENYING** entered on **10/12/2020** <br> *MOTION TO DISMISS BOND IS AMENDED TO $10,0000 F/C W/CONDS; (SEE ORDER FOR DETAILS) E/S; CWA, JAIL, PT FCM; G COULSON* |
| **VIDEO LOG** f ed on **12/10/2020** <br> *22 4 20 CD 198* |
| **ORDER OF CONTINUANCE** entered on **12/17/2020** <br> *SH:2/4/21@10AM E/S:CW, JAIL, P/T; FCM:GREG COULSON* |
| **VIDEO LOG** f ed on **02/05/2021** <br> *22 4 21 CD 19* |
| **ORDER OF CONTINUANCE** entered on **02/11/2021** <br> *E/S CW ATTY FCM G COULSON JAIL PRE TRIAL* |
| **VIDEO LOG** f ed on **04/29/2021** <br> *22 4 21 CD 72* |
| **ORDER OF CONTINUANCE** entered on **05/03/2021** <br> *E/S : CWA, PT, FCM    G  COULSON* |
| **VIDEO LOG** f ed on **06/04/2021** <br> *22/4/21/CD 93* |
| **ORDER - AGREED** entered on **06/08/2021** <br> *TO CONTINUEE/S;CWA,JAIL,PTFCM: G COULSON* |
| **VIDEO LOG** f ed on **07/01/2021** |
| **ORDER OF CONTINUANCE** entered on **07/12/2021** <br> *ES TO CWA, PRETRIAL AND FCM TO ATTORNEY* |
| **ORDER OF CONTINUANCE** entered on **08/06/2021** <br> *ES TO C/W JAIL PRETRIAL FCM TO G  COULSON* |
| **ORDER - AGREED** entered on **08/06/2021** <br> *ES: CWA, JAIL, PTFCM: G  COULSON* |
| **VIDEO LOG** f ed on **09/09/2021** <br> *22 4 21 CD 141* |
| **ORDER SETTING TRIAL / HEARING** entered on **09/17/2021** <br> *ANKLE MONITOR SHALL BE REMOVED, PT IS TO CONT TO MONITOR IF DEFT VIOLATES IN ANY WAY HE WILL GO BACK INTO CUSTODYE/S: CWA,OTFCM: G  COULSON* |
| **NOTICE - OTHER** f ed on **09/17/2021** <br> *OF TERMINATIONSUBJECT REMOVED FR OM ELECTRONIC MONITORING DEVICE FOR SUCCESSFUL COMPLETION OF PROGRAM* |

| **Events** | **20-CR-00335** |
|---|---|
| **JURY TRIAL** schedu ed for **06/20/2022 08:30 AM** n room **\*\*\*\*\*\*** w th **HON. JULIE M. GOODMAN**<br>    4 DAYS CASH BOND ISSUED: COM MITMENT     RELEASE     9/9/2 021 REMOVE E/M | |
| **STATUS HEARING** schedu ed for **09/09/2021 09:00 AM** n room **\*\*\*\*\*\*** w th **HON. JULIE M. GOODMAN**<br>    CASH BONDISSUE: COMMITMENT     RE LEASE | |
| **STATUS HEARING** schedu ed for **09/02/2021 09:00 AM** n room **\*\*\*\*\*\*** w th **HON. JULIE M. GOODMAN**<br>    CASH BONDISSUE: COMMITMENT     RE LEASE | |
| **STATUS HEARING** schedu ed for **07/29/2021 09:00 AM** n room **\*\*\*\*\*\*** w th **HON. JULIE M. GOODMAN**<br>    CASH BONDISSUE: COMMITMENT     RE LEASE | |
| **STATUS HEARING** schedu ed for **07/01/2021 10:00 AM** n room **\*\*\*\*\*\*** w th **HON. JULIE M. GOODMAN**<br>    CASH BONDISSUE: COMMITMENT     RE LEASE | |
| **STATUS HEARING** schedu ed for **06/03/2021 10:00 AM** n room **\*\*\*\*\*\*** w th **HON. JULIE M. GOODMAN**<br>    CASH BONDISSUE: COMMITMENT     RE LEASE | |
| **STATUS HEARING** schedu ed for **04/29/2021 10:00 AM** n room **\*\*\*\*\*\*** w th **HON. JULIE M. GOODMAN**<br>    CASH BONDISSUE: COMMITMENT     RE LEASE | |
| **STATUS HEARING** schedu ed for **02/04/2021 10:00 AM** n room **\*\*\*\*\*\*** w th **HON. JULIE M. GOODMAN**<br>    CASH BOND ISSUE: COMMITMENT     RELEASE | |
| **STATUS HEARING** schedu ed for **12/10/2020 10:00 AM** n room **\*\*\*\*\*\*** w th **HON. JULIE M. GOODMAN**<br>    IN CUSTODY ISSUE:COMMITMENT     RELEASE     04/02/20 OMBM: O/R4/8/20 ORAL MOTION FOR BOND REDUCTION IS DENIED PER ORDER10/7/20 OMBM :$10,000  OVERRULED MOTION  HOME INCARCERATION CANT LEAVE THE (  ) | |
| **BOND HEARING** schedu ed for **10/07/2020 10:30 AM** n room **\*\*\*\*\*\*** w th **HON. JULIE M. GOODMAN**<br>    ADVERSARIALVIA ZOOM<br><br>    **Motions**<br>    - **MOTION TO DISMISS** f ed on **09/21/2020** by **APR** | |
| **BOND HEARING** schedu ed for **09/15/2020 09:30 AM** n room **\*\*\*\*\*\*** w th **HON. JULIE M. GOODMAN**<br>    ADVERSARIAL VIA ZOOM | |
| **BOND HEARING** schedu ed for **09/09/2020 09:00 AM** n room **\*\*\*\*\*\*** w th **HON. JULIE M. GOODMAN**<br>    ADVERSARIAL VIA ZOOM | |
| **STATUS HEARING** schedu ed for **08/07/2020 01:00 PM** n room **\*\*\*\*\*\*** w th **HON. JULIE M. GOODMAN**<br>    IN CUSTODYISSUE:COMMITMENT     RELEASE     04/02/20 OMBM: O/R4/8/20 ORAL MOTION FOR BOND REDUCTION IS DENIED PER ORDER<br><br>    **Motions**<br>    - **MOTION TO REDUCE BOND** f ed on **07/20/2020** by **AD**<br>    - **MOTION TO COMPEL** f ed on **07/20/2020** by **AD** | |
| **PRETRIAL CONFERENCE** schedu ed for **05/07/2020 10:30 AM** n room **\*\*\*\*\*\*** w th **HON. JULIE M. GOODMAN** | |
| **ARRAIGNMENT** schedu ed for **04/02/2020 12:00 PM** n room **\*\*\*\*\*\*** w th **HON. JULIE M. GOODMAN**<br>    IN CUSTODY ISSUE:COMMITMENT     RELEASE     PC:     @10:30AM SH:     @1:00PM | |

| **Case Cross Reference** | **20-CR-00335** |
|---|---|
| **GRAND JURY** cross reference on **03/24/2020** to **CIRCUIT 20-F-00673** | |

| Images | 20-CR-00335 |
|---|---|
| **JUDGE ASSIGNMENT** f ed on **03/24/2020**   *Page(s): 1* | |
| **NOTICE OF COMPLIANCE** f ed on **04/03/2020**   *Page(s): 2* | |
| **SUPPLEMENTAL FILING** f ed on **05/07/2020**   *Page(s): 2* | |
| **ENTRY OF APPEARANCE** f ed on **06/23/2020**   *Page(s): 2* | |
| **MOTION TO COMPEL** f ed on **07/20/2020**   *Page(s): 2* | |
| **MOTION TO REDUCE BOND** f ed on **07/20/2020**   *Page(s): 2* | |
| **NOTICE OF COMPLIANCE** f ed on **08/13/2020**   *Page(s): 2* | |
| **EXHIBIT** f ed on **08/18/2020**   *Page(s): 32* | |
| **NOTICE OF COMPLIANCE** f ed on **08/18/2020**   *Page(s): 2* | |
| **MOTION TO DISMISS** f ed on **09/21/2020**   *Page(s): 8* | |
| **RESPONSE** f ed on **09/29/2020**   *Page(s): 9* | |
| **RECEIPT** f ed on **10/13/2020**   *Page(s): 0* | |

**\*\*\*\* End of Case Number : 20-CR-00335 \*\*\*\***