# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY, LOUISVILLE DIVISION

| | |
|---|---|
| ENRIQUE GONZALEZ, | ) |
|     Plaintiff, | ) Case No. 3:18-CV-653 |
| | ) |
| v. | ) HON. REBECCA GRADY JENNINGS |
| | ) |
| CITY OF SHELBYVILLE, ET AL., | ) MAG. REGINA EDWARDS |
| | ) |
|     Defendants. | ) JURY TRIAL DEMANDED |

## **PROPOSED ORDER**

This matter coming before the Court on Plaintiff's Motion *in limine* No. 7, and the Court otherwise being fully advised in the premises, IT IS HEREBY ORDERED, that Plaintiff's Motion *in limine* No. 7 is GRANTED.

HEREBY ORDERED:

_____                _____
    Dated