

In my capacity as Senior Underwriter for the Kentucky League of Cities Insurance Services, I do hereby certify that the attached is a true and accurate copy of the Liability policy issued to City of Shelbyville for the policy period of July 1, 2017 through July 1, 2018.

*Amanda Williams*

Amanda Williams, CPCU, AU, AAI, AIS, AINS, CISR, CPIA, CWCC, PRIS
Senior Underwriter
Kentucky League of Cities Insurance Services
October 30, 2018

**Kentucky League of Cities Insurance Services**
100 East Vine Street, Suite 800, Lexington, Kentucky 40507  Tel. 859.977.3700 or 800.876.4552  Fax 859.977.3703

**www.klcis.org**

DEF000132

# KENTUCKY LEAGUE OF CITIES INSURANCE SERVICES
## (KLCIS)
*LIABILITY COVERAGE DECLARATIONS*

| | |
|---|---|
| Name of Insured: | City Of Shelbyville |
| Policy Number: | L5505-2017-15790 |
| Address: | P.O. Box 1289<br>Shelbyville, Kentucky 40066 |
| Agent of Record: | Roeding Group Companies DBA Public Entity Insurance |
| Coverage Period: | from **7/1/2017** at 12:01a.m. Standard (or Daylight) time to **7/1/2018** at 12:01 a.m. Standard (or Daylight) time at the mailing address shown above. For purposes of the prior acts coverage endorsement, this policy shall be deemed renewed annually one year from the initial coverage date. |

Subject to all terms of this policy, KLCIS agrees to provide you with coverages shown below for which a premium is shown and you pay to us.

| COVERAGE | LIMIT<br>Per Occurrence | DEDUCTIBLE<br>Per Occurrence | PREMIUM<br>7/1/2017-7/1/2018<br>Installment |
|---|---|---|---|
| Commercial General Liability | $5,000,000 | $0 | $65,961.71 |
| Garage Keepers Liability | No Coverage | No Coverage | No Coverage |
| Public Officials Liability | $5,000,000 | $5,000 | $44,788.83 |
| Law Enforcement Liability | $5,000,000 | $5,000 | $32,742.68 |
| Sewer Backup Liability | No Coverage | No Coverage | No Coverage |
| Business Auto Liability | $5,000,000 | $0 | $44,591.39 |
| Auto Physical Damage | Actual Cash Value | See Vehicle Schedule | $15,017.99 |
| **TOTAL PREMIUM** | | | **$203,102.60** |

*In the event of an "Occurrence" or "Accident" which invokes more than one type of coverage under the same or different policies issued by KLCIS, then the liability of KLCIS shall not exceed the highest applicable limit under any one coverage.

| Your policy may contain premium adjustments for the following: | |
|---|---|
| Accredited Law Enforcement Agency | -10% |
| Loss Control Scorecard, GL, PO and Auto | -6% |
| Loss Control Scorecard, LE | -2% |

### PRIOR ACTS COVERAGE

If a date or dates appear below, you are being provided with coverage for accidents or occurrences or wrongful acts, which pre-date your current coverage period. Coverage provided by the Prior Acts endorsement may have been part of an earlier policy issued to you by KLCIS. If so, no dates will appear below and no additional Prior Acts coverage is afforded by this policy.

| | |
|---|---|
| General Liability | |
| Public Officials Liability | |
| Employee Benefits Liability | |
| Law Enforcement Liability | |

Basic Coverage Forms: KLCIS-GL'2016, KLCIS-PO'2017, KLCIS-LE'2016, KLCIS-BA'2017, KLCIS-Cyber'2017

Endorsements: KLCIS-ADDINS'17, KLCIS-JADDINS'17, KLCIS-MPAE'16, KLCIS-DED'06, KLCIS-RADDINS'16, KLCIS-DAM'17, KLCIS-RCV'17,

## COVERAGE SUBLIMITS

For each of the coverages for which you paid a premium the following sublimits apply:

### GENERAL LIABILITY

| | | |
|---|---|---|
| Fire Damage Limit | $100,000 | Per Fire |
| Medical Expense Limit | $5,000 | Per Person |
| Employee Benefits Liability | $5,000,000 | Per Occurrence |
| Hazardous Response Team | $5,000,000 | Per Occurrence |

### AUTOMOBILE LIABILITY

| | | |
|---|---|---|
| Personal Injury Protection | $10,000 | Per Person |
| Uninsured Motorists | $100,000 | Per Accident |
| Underinsured Motorists | $100,000 | Per Accident |
| "Comprehensive", Collision Damage | (see vehicle schedule) | |

City Of Shelbyville  
KLC-LD17  
2017-2018

# BUSINESS AUTOMOBILE POLICY DECLARATIONS

## SCHEDULE OF COVERAGES AND COVERED AUTOMOBILES

Each of the coverages will apply only to those AUTOMOBILES shown as covered AUTOMOBILES. AUTOMOBILES are shown as covered AUTOMOBILES for a particular coverage by the entry of one or more symbols as described in the coverage document.

| COVERAGES | COVERED AUTOS | LIMIT (The most we will pay for any one accident or loss.) |
|---|---|---|
| Liability Coverage | 1, 8, 9 | $5,000,000 |
| Personal Injury Protection | 5 | $10,000 |
| Uninsured Motorist/ Underinsured Motorist Coverage. | 2 | $100,000 |

| PHYSICAL DAMAGE | | | |
|---|---|---|---|
| | | LIMIT | DEDUCTIBLE |
| Comprehensive Coverage | 7, 8 | Actual Cash Value or Cost of Repair, whichever is less, minus deductible amount | See Vehicle Schedule |
| Collision | 7, 8 | | See Vehicle Schedule |

L5505-2017-15790

DEF000135

City Of Shelbyville

KLC-LD17
2017-2018

NOTE: Wherever the word **"policy"** appears in the attached forms or endorsements, it will be construed to mean the same as **"declarations"**; wherever the word **"company"** appears, it will be construed to mean the same as **"KLCIS"**. Each of the coverages listed on page one of these declarations is separate and apply to these coverages only.

This coverage has been placed with a liability self-insurance group which is known as the Kentucky League of Cities Insurance Services ("KLCIS"). KLCIS has received a certificate of filing from the Commonwealth of Kentucky and has provided continuous coverage to its members since July 1, 1987.

Claims against group members are not covered by the Kentucky Insurance Guaranty Association.

*KENTUCKY LEAGUE OF CITIES INSURANCE SERVICES*

by  _Suzanne Reed_   10/30/2018
(Authorized Agent)                Date

*KENTUCKY LEAGUE OF CITIES INSURANCE AGENCY, INC.*

by  _Joe O'Nan_   10/30/2018
(Authorized Agent)                Date

L5505-2017-15790

DEF000136

# KENTUCKY LEAGUE OF CITIES INSURANCE SERVICES

## Schedule of Covered Vehicles

Name of Insured: City Of Shelbyville

Policy Number: L5505-2017-15790  Effective Date: 7/1/2017

| No. | Mem Veh# | Year | Make and Model | VIN # | Collision (Deductibles) | Comp (Deductibles) | Premium |
|---|---|---|---|---|---|---|---|
| 1 | PW | 1995 | Ford F47 Truck | 0188 | $1,000 | $1,000 | $ 683.70 |
| 2 | FD | 1997 | Pierce Custom Aerial | 0690 | $1,000 | $1,000 | $ 2,937.68 |
| 3 | PD | 1999 | Jeep Cherokee | 2706 | $1,000 | $1,000 | $ 535.17 |
| 4 | PW | 2001 | Ford 4x4 Super Cab | 0533 | $1,000 | $1,000 | $ 540.74 |
| 5 | PW | 2000 | Chevrolet Pickup | 7168 | $1,000 | $1,000 | $ 523.94 |
| 6 | FD | 2003 | Ford 4x4 Pickup | 3662 | $1,000 | $1,000 | $ 532.62 |
| 7 | PW | 2004 | Ford F-250 Pickup | 9645 | $1,000 | $1,000 | $ 546.67 |
| 8 | PW | 2004 | Ford F-550 4x2 Dump Truck | 9644 | $1,000 | $1,000 | $ 519.84 |
| 9 | CH | 2003 | Ford Taurus | 9714 | $1,000 | $1,000 | $ 458.95 |
| 10 | PD | 2005 | Ford Crown Victoria | 0118 | $1,000 | $1,000 | $ 478.56 |
| 11 | FD | 2005 | Ford F-150 Pickup | 9647 | $1,000 | $1,000 | $ 534.55 |
| 12 | PD | 2004 | Ford Crown Victoria | 2252 | $1,000 | $1,000 | $ 474.41 |
| 13 | PW | 1987 | Chevrolet C-70 Dump Truck | 2481 | | | $ 499.44 |
| 14 | PD | 2004 | Ford Crown Victoria | 2279 | $1,000 | $1,000 | $ 473.12 |
| 15 | PW | 2005 | GMC Dump Truck | 2250 | $1,000 | $1,000 | $ 689.06 |
| 16 | PD | 2006 | Ford Crown Victoria | 0399 | $1,000 | $1,000 | $ 479.35 |
| 17 | PD | 2006 | Ford Crown Victoria | 0400 | $1,000 | $1,000 | $ 479.35 |
| 18 | W | 2006 | Ford Explorer | 2861 | $1,000 | $1,000 | $ 533.47 |
| 19 | PD | 2007 | Ford Crown Victoria | 1909 | $1,000 | $1,000 | $ 480.80 |
| 20 | PD | 2007 | Ford Crown Victoria | 1908 | $1,000 | $1,000 | $ 480.80 |
| 21 | PD | 2007 | Ford Crown Victoria | 1907 | $1,000 | $1,000 | $ 480.80 |
| 22 | PD | 2006 | Ford Crown Victoria | 0398 | $1,000 | $1,000 | $ 481.32 |
| 23 | PD | 2008 | Ford Crown Victoria | 4256 | $1,000 | $1,000 | $ 492.29 |
| 24 | PD | 2008 | Ford Crown Victoria | 4257 | $1,000 | $1,000 | $ 492.29 |
| 25 | PD | 2009 | Ford Crown Victoria | 0204 | $1,000 | $1,000 | $ 504.03 |
| 26 | PW | 2006 | Jeep Liberty | 2465 | $1,000 | $1,000 | $ 530.07 |

# KENTUCKY LEAGUE OF CITIES INSURANCE SERVICES

## Schedule of Covered Vehicles

Name of Insured: City Of Shelbyville
Policy Number: L5505-2017-15790  Effective Date: 7/1/2017

| No. | Mem Veh# | Year | Make and Model | VIN # | Collision | Comp | Premium |
|---|---|---|---|---|---|---|---|
| | | | | | **DEDUCTIBLES** | | |
| 27 | CH | 2009 | Ford F-150 | 9798 | $1,000 | $1,000 | $ 586.73 |
| 28 | PW | 2002 | GMC 1500 | 1817 | $1,000 | $1,000 | $ 528.46 |
| 29 | W | 2002 | GMC Sierra | 2423 | $1,000 | $1,000 | $ 516.45 |
| 30 | PD | 2009 | Ford Crown Victoria | 1875 | $1,000 | $1,000 | $ 495.18 |
| 31 | PD | 2009 | Ford Crown Victoria | 1876 | $1,000 | $1,000 | $ 495.18 |
| 32 | CH | 2009 | Ford Ranger Supercab | 8137 | $1,000 | $1,000 | $ 546.99 |
| 33 | PD | 2001 | Ford Flareside Pickup | 6666 | $1,000 | $1,000 | $ 554.74 |
| 34 | CH | 2006 | Jeep Liberty | 1467 | $1,000 | $1,000 | $ 616.85 |
| 35 | W | 1997 | Ford Ranger | 4856 | $1,000 | $1,000 | $ 524.96 |
| 36 | PD | 2010 | Ford Crown Victoria | 5322 | $1,000 | $1,000 | $ 501.39 |
| 37 | PD | 2010 | Ford Crown Victoria | 5323 | $1,000 | $1,000 | $ 501.39 |
| 38 | PD | 2002 | Chevrolet Silverado | 0106 | $1,000 | $1,000 | $ 559.00 |
| 39 | PD | 2002 | Ford Explorer XLT | 0442 | $1,000 | $1,000 | $ 524.96 |
| 40 | PD | 2011 | Ford Crown Victoria | 6789 | $1,000 | $1,000 | $ 508.90 |
| 41 | PD | 2011 | Ford Crown Victoria | 6790 | $1,000 | $1,000 | $ 508.90 |
| 42 | PW | 1987 | Ford Deusenberg | 2066 | | | $ 499.44 |
| 43 | PW | 2004 | GMC Sierra K1500 Pickup Truck | 4103 | $1,000 | $1,000 | $ 559.00 |
| 44 | W | 2001 | GMC Sierra Pickup Truck | 2708 | $1,000 | $1,000 | $ 541.98 |
| 45 | FD | 2011 | Ford F-150 4WD Supercab | 0361 | $1,000 | $1,000 | $ 606.00 |
| 46 | PW | 1998 | Chevrolet C3500 Truck | 0667 | $1,000 | $1,000 | $ 529.22 |
| 47 | PW | 2011 | International Truck | 7832 | $1,000 | $1,000 | $ 811.89 |
| 48 | PW | 2011 | Other 16' Equipment Trailer | 3798 | $1,000 | $1,000 | $ 127.10 |
| 49 | PW | 2012 | Chevrolet Silverado | 6069 | $1,000 | $1,000 | $ 771.71 |
| 50 | CH | 2012 | Ford Fusion SE | 1983 | $1,000 | $1,000 | $ 493.94 |
| 51 | PD | 2012 | Ford Fusion S | 4891 | $1,000 | $1,000 | $ 503.18 |
| 52 | PD | 2012 | Ford Fusion S | 1006 | $1,000 | $1,000 | $ 503.18 |

# KENTUCKY LEAGUE OF CITIES INSURANCE SERVICES

## Schedule of Covered Vehicles

Name of Insured: City Of Shelbyville
Policy Number: L5505-2017-15790  Effective Date: 7/1/2017

| No. | Mem Veh# | Year | Make and Model | VIN # | Collision (Deductibles) | Comp (Deductibles) | Premium |
|---|---|---|---|---|---|---|---|
| 53 | PD | 2012 | Ford Fusion S | 4455 | $1,000 | $1,000 | $ 503.18 |
| 54 | PW | 1999 | Kaiser Johnson Chipper Truck | 9145 | $1,000 | $1,000 | $ 707.64 |
| 55 | PW | 2010 | Isuzu Street Sweeper | 1269 | $1,000 | $1,000 | $ 1,150.27 |
| 56 | FD | 2008 | Ferrara Intruder 2 Fire Truck | 1184 | $1,000 | $1,000 | $ 2,223.31 |
| 57 | FD | 2013 | Ferrara Intruder 2 Fire Engine | 2426 | $1,000 | $1,000 | $ 2,572.10 |
| 58 | FD | 2003 | International Fire Truck | 7186 | $1,000 | $1,000 | $ 1,688.43 |
| 59 | PD | 2014 | Ford Taurus | 9601 | $1,000 | $1,000 | $ 543.30 |
| 60 | PD | 2014 | Ford Taurus | 9602 | $1,000 | $1,000 | $ 543.30 |
| 61 | PD | 2014 | Ford Taurus | 9603 | $1,000 | $1,000 | $ 543.30 |
| 62 | PD | 2014 | Ford Taurus | 9604 | $1,000 | $1,000 | $ 543.30 |
| 63 | PD | 2011 | Dodge Dakota | 6292 | $1,000 | $1,000 | $ 573.65 |
| 64 | PD | 2007 | Dodge Charger | 5313 | $1,000 | $1,000 | $ 466.64 |
| 65 | PD | 2014 | Dodge Ram 1500 Quad Cab | 0946 | $1,000 | $1,000 | $ 674.92 |
| 66 | PD | 2014 | Dodge Journey | 0032 | $1,000 | $1,000 | $ 628.53 |
| 67 | PD | 2007 | Acura TL 4D Car | 6877 | $1,000 | $1,000 | $ 459.64 |
| 68 | FD | 2015 | Ferrara Fire Truck w/ Cinder Chassis & Custom Pumper | 0204 | $1,000 | $1,000 | $ 2,781.65 |
| 69 | PD | 2015 | Dodge Charger | 5292 | $1,000 | $1,000 | $ 557.13 |
| 70 | PD | 2015 | Dodge Charger | 5293 | $1,000 | $1,000 | $ 557.13 |
| 71 | PD | 2001 | Mercury Sable | 8824 | $1,000 | $1,000 | $ 469.47 |
| 72 | PW | 2015 | Ford F-150 Crew Cab | 1449 | $1,000 | $1,000 | $ 740.03 |
| 73 | PD | 2016 | Dodge Charger | 5444 | $1,000 | $1,000 | $ 554.88 |
| 74 | PW | 2016 | Ford F-550 Dump Truck | 7319 | $1,000 | $1,000 | $ 808.00 |
| 75 | CH | 2016 | Dodge Journey | 2481 | $1,000 | $1,000 | $ 696.83 |
| 76 | PD | 2016 | Dodge Charger | 5445 | $1,000 | $1,000 | $ 554.88 |
| 77 | PD | 2016 | Dodge Charger | 9847 | $1,000 | $1,000 | $ 554.88 |
| 78 | PD | 2016 | Dodge Charger | 5136 | $1,000 | $1,000 | $ 554.88 |

# KENTUCKY LEAGUE OF CITIES INSURANCE SERVICES

### Schedule of Covered Vehicles

**Name of Insured:** City Of Shelbyville

**Policy Number:** L5505-2017-15790        **Effective Date:** 7/1/2017

| No. | Mem Veh# | Year | Make and Model | VIN # | Collision (Deductible) | Comp (Deductible) | Premium |
|---|---|---|---|---|---|---|---|
| 79 | PD | 2016 | Ford Explorer Police AWD | 6972 | $1,000 | $1,000 | $ 728.90 |
| 80 | PW | 2007 | Ford F-150 Pickup | 0937 | $1,000 | $1,000 | $ 569.21 |
| 81 | PW | 2017 | Ford F-350 4x4 | 9290 | $1,000 | $1,000 | $ 726.59 |
| 82 | PD | 2017 | Dodge Charger | 7549 | $1,000 | $1,000 | $ 562.53 |
| 83 | PD | 2017 | Dodge Charger | 7550 | $1,000 | $1,000 | $ 562.53 |
| 84 | PD | 2017 | Dodge Charger | 7551 | $1,000 | $1,000 | $ 562.53 |
| 85 | PD | 2017 | Dodge Charger | 7552 | $1,000 | $1,000 | $ 562.53 |
| 86 | PD | 2017 | Dodge Charger | 7553 | $1,000 | $1,000 | $ 562.53 |
| 87 | PD | 2017 | Dodge Charger | 7554 | $1,000 | $1,000 | $ 562.53 |
| 88 |    | 2007 | Ford F-150 Pickup | 0936 | $1,000 | $1,000 | $ 559.00 |
| 89 |    | 2017 | Chevrolet 3500 HD Crew Cab Brush Truck | 1704 | $1,000 | $1,000 | $ 1,219.49 |
|    |    |      |                |      |        | Grand Total: | $ 59,609.38 |

City Of Shelbyville

# THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

Name of Insured: City Of Shelbyville

Policy Number: L5505-2017-15790

Effective Date: 7/1/2017

## Data Breach and Privacy Liability, Data Breach Loss to Insured, Electronic Media Liability and Breach Mitigation Expense Insurance Coverage

This endorsement removes Exclusion 20 from Section II, Coverages and Exclusions, Item A: Exclusions applicable to all coverages, of the KLCIS-GL'2016 coverage form AND Exclusion 38 from Section II, Coverages and Exclusions, Item 3: Exclusions, of the KLCIS-PO'2017 coverage form.

Claims Made and Reported Coverage: With regard to Coverage A. and C., of this policy form, the coverage afforded by this policy is limited to liability for only those Claims that are first made against the Insured during the Policy Period or the Extended Reporting Period, if exercised, and reported to the Company during the Policy Period or the Extended Reporting Period, if exercised, or within sixty (60) days after the expiration of the Policy Period or the Extended Reporting Period, if exercised.

Notice: Coverage A. and C., of this policy endorsement contain provisions that reduce the limits of liability stated in this policy endorsement by the costs of legal defense and permit legal defense costs to be applied against the deductible. Please read the policy endorsement and corresponding coverage form carefully.

In return for payment of the liability premium, and subject to all the terms of this policy, the company agrees with the Named Insured to provide the insurance as stated in this policy form.

## LIMITS OF LIABILITY:

| | | |
|---|---|---|
| A. | For Coverage A. Data Breach and Privacy Liability Coverage Each Claim: | $1,000,000 |
| B. | For Coverage B. Data Breach Loss to Insured Coverage Each Claim: | $1,000,000 |
| C. | For Coverage C. Electronic Media Liability Coverage Each Claim: | $1,000,000 |
| D. | For Coverage D. Breach Mitigation Expense Coverage Each Claim: | $250,000 |
| E. | For Coverage E. Business Interruption Reimbursement Coverage Each "Unauthorized Access": | $250,000 |
| F. | For Coverage F. "PCI Assessments" Reimbursement Coverage Each "Unauthorized Access": | $100,000 |
| G. | Policy Aggregate: | $1,000,000 |
| H. | Aggregate Limit for all Pool Participants: (Losses occurring on policies/risks attaching) | $10,000,000 |

L5505-2017-15790

City Of Shelbyville

## DEDUCTIBLE:

| | | |
|---|---|---|
| A. | For Coverage A. Data Breach and Privacy Liability Coverage Each Claim: | $5,000 |
| B. | For Coverage B. Data Breach Loss to Insured Coverage Each Claim: | $5,000 |
| C. | For Coverage C. Electronic Media Liability Coverage Each Claim: | $5,000 |
| D. | For Coverage D. Breach Mitigation Expense Coverage Each Claim: | $5,000 |
| E. | For Coverage E. Business Interruption Reimbursement Coverage Each "Unauthorized Access": | 10 hours |
| F. | For Coverage F. "PCI Assessments" Reimbursement Coverage Each "Unauthorized Access": | $5,000 |

## RETROACTIVE DATE:

| | | |
|---|---|---|
| A. | For Coverage A. Data Breach and Privacy Liability Coverage | 7/1/2012 |
| B. | For C. Electronic Media Liability Coverage | 7/1/2012 |

## NOTICES:

Claim and Potential Claim Notices required to be provided to the Company under this policy shall be dually addressed to:

**KENTUCKY LEAGUE OF CITIES INSURANCE SERVICES:**

100 East Vine Street, Suite 800
Lexington, KY 40507
Fax: (859) 977-0192
Phone: (800) 876-4552

**MARKEL SERVICE, INCORPORATED:**

Claims Service Center
P.O. Box 2009
Glen Allen, VA 23058-2009
Email: newclaims@markelcorp.com
Fax: (855) 662-7535 or (855) 6 MARKEL

For all other notices or inquiries under this policy, please contact Markel Service, Incorporated by email at newclaims@markelclaimsmarkelcorp.com or call **(800) 362-7535 or (800) 3 MARKEL.**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

Name of Insured:        City Of Shelbyville

Policy Number:          L5505-2017-15790

Effective Date:         7/1/2017

## ADDITIONAL INSURED ENDORSEMENT

This endorsement modifies coverage under the KLCIS General Liability Coverage Form (KLCIS-GL'2016) and the KLCIS Public Official Liability Coverage Form (KLCIS-PO'2017). The following boards, commissions, authorities, agencies and other organizations are specifically included as insureds under the KLCIS-GL'2016 and the KLCIS-PO'2017 coverage form(s):

Shelbyville Tax Appeals Board
Shelbyville Housing Authority Board
Shelbyville Code Enforcement Board
Shelbyville Historic District Commission
City Tree Board
Shelbyville Ethics Board
Shelbyville Recreation Committee

City Of Shelbyville                                                                 KLCIS-JADDINS'17

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

Name of Insured:        City Of Shelbyville

Policy Number:          L5505-2017-15790

Effective Date:         7/1/2017

## ADDITIONAL INSURED ENDORSEMENT
## JOINT BOARDS, COMMISSIONS, AGENCIES, ETC.

This endorsement modifies coverage under the KLCIS Public Official Liability Coverage Form (KLCIS-PO'2017). The members of the governing body of the following joint boards; commissions, authorities, agencies and other organizations who are appointed by the insured are specifically included as insureds under the KLCIS-PO'2017 coverage form(s):

Shelbyville E-911 Advisory Board
Shelbyville Water/Sewer Commission Board
Tripls S Board of Adjustments & Appeals
Joint City/County Recreation Board
Shelbyville Landfill Commission
Triple S Planning Commission
Shelbyville Tourism Commission
Joint Human Rights Commission

City Of Shelbyville                                                                 KLCIS-RADDINS'16

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

Name of Insured:          City Of Shelbyville

Policy Number:            L5505-2017-15790

Effective Date:           7/1/2017

## ADDITIONAL INSURED – DESIGNATED PERSON OR ORGANIZATION

This endorsement modifies coverage under the KLCIS General Liability Coverage Form (KLCIS-GL'2016). The following is specifically included as an insured under the KLCIS-GL'2016 coverage form:

Name of Additional Insured Person(s) or Organization(s):

PNC Equipment Finance - as pertains to lease of (65) 2015 EZ-Go Golf Carts to City of Shelbyville
Whayne Supply - as pertains to equipment rented/leased to City of Shelbyville
Shelby County Public Schools - as pertains to Fire Department's use of The Blair Center
R.J. Corman Railroad Group, LLC - as pertains to 7th Street Bridge Banner License for City of Shelbyville (Milepost 31.17)

**Section III – Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused, in whole or in part, by your acts or omissions or the acts or omissions of those acting on your behalf:

A. In the performance of your ongoing operations; or
B. In connection with your premises owned by or rented to you.

L5505-2017-15790

DEF000145

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

Name of Insured:   City Of Shelbyville

Policy Number:     L5505-2017-15790

Effective Date:    7/1/2017

## MEDICAL PAYMENTS AMENDED EXCLUSION ENDORSEMENT

This endorsement modifies coverage afforded under the KLCIS General Liability Coverage Form (KLCIS-GL'2016), **Section II – Coverages and Exclusions, Coverage D., Medical Payments, Special Exclusion #9 is added:**

9. a. To any part of any premises you own or rent that is used or occupied as a dwelling.

   b. To any part of any premises you own or rent that is used or occupied, in whole or in part, by or for the purpose of child daycare, adult daycare, extended care or any other form of caregiving facility, by anyone other than the Named Insured.

City Of Shelbyville                                                                                                  KLCIS-DAM'17

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

Name of Insured:            City Of Shelbyville

Policy Number:              L5505-2017-15790

Effective Date:             7/1/2017

## DAM ENDORSEMENT

This endorsement modifies the insurance provided under KLCIS General Liability Coverage Form (KLCIS-GL'2016) and the KLCIS Public Officials Liability Coverage Form (KLCIS-PO'2017). In consideration of additional premium, Under **KLCIS-GL'2016, SECTION II – COVERAGES AND EXCLUSIONS, Subsection B. Special Exclusions for Coverages A and C,** paragraph 7, is deleted and **Under KLCIS-PO'2017, Section II – COVERAGES AND EXCLUSIONS, Subsection 3.,** paragraph 21, is deleted with respect to dams at the following locations:

Shelby Lake Dam, #0087 Borkes Branch Road

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

Name of Insured:		City Of Shelbyville

Policy Number:		L5505-2017-15790

Effective Date:		7/1/2017

## REIMBURSABLE DEDUCTIBLE ENDORSEMENT

KLCIS shall only be liable for those amounts payable hereunder in settlement or satisfaction of claims, judgments or awards, defense costs, charges and expenses which are in excess of the deductible(s) stated below. Provided however, this deductible, shall not apply to amounts paid under Coverage D, Medical Payments. This deductible shall apply separately to each occurrence and shall be borne by the member and remain uninsured. Notwithstanding anything to the contrary, KLCIS will not be responsible for any deductible retained by the member.

KLCIS shall advance payment of the deductible in order to expeditiously settle an outstanding claim. When this occurs, the member shall be obligated to reimburse the deductible amount to KLCIS within 30 days of the invoice date.

In the event of any recovery on a loss for which KLCIS has advanced payment of any deductible amount hereunder, such recovery shall accrue entirely to the benefit of KLCIS until the amount advanced by KLCIS has been recovered.

The "INSURED" shall notify KLCIS as soon as practicable of ALL occurrences or events which may result in a claim.

AMOUNT OF DEDUCTIBLES:

| | |
|---|---|
| Commercial General Liability | $0 |
| Law Enforcement Liability | $5,000 |
| Business Auto | $0 |
| Public Officials | $5,000 |

# THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

Name of Insured: City Of Shelbyville

Policy Number: L5505-2017-15790

Effective Date: 7/1/2017

## VEHICLE REPLACEMENT VALUE ENDORSEMENT

This endorsement modifies insurance provided under the Business Auto Coverage Form (KLCIS-BA'2017), Section IV - Physical Damage Insurance, C Limit of Insurance. The following is added:

However when 'Loss' to a vehicle listed on this endorsement, exceeds 75% of the Actual Cash Value of that vehicle, the lesser of:

1. Cost to replace with a new vehicle of the same make, model, capacity and function or within current specifications or standards for a like new vehicle or

2. The Replacement Value listed below:

| VEHICLE INFORMATION | | | DEDUCTIBLE (if applicable) | |
| --- | --- | --- | --- | --- |
| Description | VIN Number | Replacement Value | Comprehensive | Collision |
| 1997 Pierce Custom Aerial | 0690 | $453,534 | $1,000 | $1,000 |
| 2010 Isuzu Street Sweeper | 1269 | $135,098 | $1,000 | $1,000 |
| 2008 Ferrara Intruder 2 Fire Truck | 1184 | $300,000 | $1,000 | $1,000 |
| 2013 Ferrara Intruder 2 Fire Engine | 2426 | $374,962 | $1,000 | $1,000 |
| 2003 International Fire Truck | 7186 | $185,045 | $1,000 | $1,000 |
| 2015 Ferrara Fire Truck w/ Cinder Chassis & Custom Pumper | 0204 | $420,000 | $1,000 | $1,000 |