# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY, LOUISVILLE DIVISION

| | |
|---|---|
| ENRIQUE GONZALEZ, | ) |
| Plaintiff, | ) Case No. 3:18-CV-653 |
| | ) |
| | ) HON. REBECCA GRADY JENNINGS |
| v. | ) |
| | ) MAG. REGINA EDWARDS |
| CITY OF SHELBYVILLE, ET AL., | ) |
| | ) JURY TRIAL DEMANDED |
| Defendants. | ) |

## **PROPOSED ORDER**

This matter coming before the Court on Plaintiff's Motion *in limine* No. 14, and the Court otherwise being fully advised in the premises, IT IS HEREBY ORDERED, that Plaintiff's Motion *in limine* No. 14 is GRANTED.

HEREBY ORDERED:

_____   _____
Dated